# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY LAVELLE MAYS, | ) | 2:15-cv-01333-RFB-CWH |
| Plaintiff, | ) | |
| vs. | ) | |
| DOUGLAS C. GILLESPIE, et al. | ) | **ORDER** |
| Defendants. | ) | |

Presently before the Court is Defendants' Interim Status Report (ECF No. 19), filed on October 16, 2015. Defendants state that they "are submitting their individual status report as Plaintiff is representing himself in Proper Person and is currently incarcerated." (*Id.* at 1, n.1.) Defendants do not state whether they attempted to meet and confer with Plaintiff regarding the interim status report or explain why Plaintiff did not sign the report. *See* LR 26-3 (requiring that the interim status report "shall be signed by counsel for each party or the party, if appearing in *pro se*.") Nor do the Defendants provide the Court with any argument or authority stating that an exception to the local rules exists for cases involving *pro se* incarcerated individuals. The Court therefore will order Defendants to meet and confer with Plaintiff regarding the content of the interim status report and to re-file an interim status report that complies with Local Rule 26-3 within 21 days from the date of this Order.

IT IS SO ORDERED.

DATED: October 19, 2015

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE