**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GREGORY LAVELLE MAYS,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS C. GILLESPIE; et al.,<br><br>Defendants. | Case No. 2:15-cv-01333-RFB-CWH<br><br>**ORDER TO PRODUCE**<br>**GREGORY LAVELLE MAYS, #85288** |

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: DWIGHT NEVEN, HIGH DESERT STATE PRISON
INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **GREGORY LAVELLE MAYS, #85288,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **GREGORY LAVELLE MAYS, #85288,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, in Las Vegas, Nevada, on or about **Tuesday, August 16, 2016 at 10:00 AM**., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **GREGORY LAVELLE MAYS, #85288,** is released and discharged by the said Court; and that the said **GREGORY LAVELLE MAYS, #85288,** shall

1  thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV,
2  under safe and secure conduct.

   **DATED** this 21st day of July, 2016.

   _____
   **RICHARD F. BOULWARE, II**
   **UNITED STATES DISTRICT JUDGE**